Prepared by State Reporter from Appeal Papers

*Thomas M. Healy* for plaintiffs, appellants.

*Jabish Holmes* for Kate S. Stevens et al., defendants, appellants.

*Levi S. Hulse* for Nicholas Hidden, defendant, appellant.

*Henry D. Merchant* and *Abel Merchant, Jr.*, for Henrietta G. Cattapani, defendant, appellant.

*Harold Swain* and *Arthur H. Indell* for Title Guarantee and Trust Company, as committee.

*Charles P. Northrop* and *Clarence E. Thornall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

AUSTIN NICHOLS & Co., INC., Appellant, *v.* COMPANIA TRASATLANTICA, Respondent.

*Carriers — negligence — action to recover for loss of merchandise through leakage — exemption in bill of lading of liability therefor — erroneous submission to jury in absence of evidence of negligence.*

*Nichols & Co., Inc., v. Compania Trasatlantica,* 218 App. Div. 660, affirmed.

(Argued June 10, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered January 7, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover for loss of olive oil shipped by plaintiff on one of defendant's steamers from Malaga, Spain, to New York. It was alleged that the containers were damaged and broken through the negligence of defendant in loading, stowing, transporting and discharging the merchandise. The answer set up as defenses clauses in the bill of lading exempting defendant from liability for breakage or leakage. The Appellate Division held that there was no evidence in the record of negligence on the part of defendant, that the damage to plaintiff's mer-

chandise fell within the exceptions of the bill of lading and that it was erroneous to submit the question of negligence to the jury.

*Wilson E. Tipple* and *Adolph Hansen* for appellant.

*John W. Crandall* and *H. Victor Crawford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

DANIEL W. SHOYER et al., Copartners under the Firm Name of D. W. SHOYER & Co., Respondents, *v.* EDMUND WRIGHT-GINSBERG Co., INC., Appellant.

*Contract — factors — action to recover from factor damage caused by its report as valid sales purchases which were never completed.*

*Shoyer* v. *Wright-Ginsberg Co., Inc.*, 219 App. Div. 773, affirmed. (Argued June 13, 1927, decided July 20, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover from defendant as factors the amount of damage to plaintiff arising from its reporting as valid sales purchases which were never completed, thereby causing plaintiff to unnecessarily manufacture goods. (See 240 N. Y. 223.)

*Gerald B. Rosenheim* for appellant.

*I. Maurice Wormser* and *Karl W. Kirchwey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Absent: O'BRIEN, J.